# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

SAMANTHA ELIZABETH GILMORE,
DAVID GILMORE AND DARLENE
GILMORE

VERSUS

LOUISIANA STATE UNIVERSITY
AND AGRICULTURAL AND
MECHANICAL COLLEGE

NO.  2019 CW 0845

OCT 1 8 2019

---

In Re:   The Board of Supervisors of Louisiana State University
         and Agricultural & Mechanical College, applying for
         supervisory writs, 19th Judicial District Court,
         Parish of East Baton Rouge, No. 593671.

---

**BEFORE:   McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

   **WRIT DISMISSED.**  This writ application is dismissed
pursuant to relator's motion advising the case has been resolved
and settled, and requesting that this writ application be
dismissed.

                            **PMc**
                            **JEW**
                            **GH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT